IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

M. DAVID REID, Individually and :
as Administrator of the Estate of
Mary Ann Reid, deceased, :

    Plaintiff, : Case No. 3:07cv00453

 vs. : District Judge Walter Herbert Rice
        Magistrate Judge Sharon L. Ovington
UNITED STATES POSTAL :
SERVICE, et al.,
 :
    Defendants.
 :

# DECISION AND ENTRY

This case is before the Court upon Defendant Martin D. Burns' Motion to Bifurcate (Doc. #57), the Government's Brief in Opposition (Doc. #65), Defendant Burns' Reply (Doc. #71), and the record as a whole.

Defendant Burns seeks an Order, pursuant to Fed. R. Civ. P. 42, bifurcating for trial the scope-of-employment issues from issues relating to the nature and extent of damages. Such bifurcation is warranted, according to Defendant Burns, because resolution of the scope-of-employment issues would greatly clarify and simply the roles of the various litigants and other remaining issues to be resolved at trial.

The Government opposes bifurcation by pointing out that it already has already singled out the scope-of-employment issue in its Motion for Partial Summary Judgment, and as a result, bifurcation would serve no purpose.

The Government's position is well taken at the present time. Although the Court previously denied the Government's Motion for Partial Summary Judgment, the denial was without prejudice to renewal at the conclusion of additional discovery. (Doc. #109). Consequently, Defendant Burns' Motion to Bifurcate is presently premature and should be denied without prejudice to renewal.

Accordingly, it is hereby ORDERED that Defendant Martin D. Burns' Motion to Bifurcate (Doc. #57) is DENIED without prejudice to renewal.


January 28, 2010

                                                        s/Sharon L. Ovington
                                                         Sharon L. Ovington
                                                  United States Magistrate Judge