IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

M. DAVID REID, etc., :
      Plaintiff, :
      vs. :    Case No. 3:07cv453
UNITED STATES POSTAL SERVICE, :    JUDGE WALTER HERBERT RICE
et al., :
      Defendants.

---

DECISION AND ENTRY OVERRULING MOTION OF DEFENDANT, UNITED STATES OF AMERICA, TO EXCLUDE EXPERT WITNESSES (DOC. #100) AS MOOT

---

The Motion of the United States of America, seeking an Order of the Court excluding the expert witnesses identified by Plaintiff and Defendants Martin D. Burns and USAA Casualty Insurance Company from testifying at trial (Doc. #100), is overruled as moot, given that the trial has been continued until December 16, 2010, and that a new Scheduling Order will be filed, setting both a date for the providing of the identity of expert witnesses and their reports, as well as for a cut-off on discovery.

                                      /s/ Walter Herbert Rice
March 1, 2010                    WALTER HERBERT RICE
                                   UNITED STATES DISTRICT JUDGE

Copies to:

Michael A. Buckwalter, Esq.
James R. Bennett, Esq.
William J. Kopp, Esq.
Paul B. Roderer, Esq.